## EXHIBIT LIST

Case No.: 2:23-mj-239-EJY

Page __1__ of __1__

USA v.    CLAUDIO ALEJANDRO ESCALANTE-CAMINO

Exhibits on behalf of Government

____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
                  COUNSEL/PARTIES OF RECORD

MAR 3 0 2023 I

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

| DATE MARKED | DATE ADMITTED | EXHIBIT NUMBER | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 03/30/2023 | | 1 | | Photo from electronic search warrant |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |